UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA BRYSON,<br><br>                              Plaintiff,<br><br>    -against-<br><br>MICHELE WELSCH, Sullivan County CPS,<br><br>                            Defendants. | 24cv3064 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 17, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 17, 2024
              New York, New York

                                                        /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                          Chief United States District Judge